# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL 1 INC., TRUST 2002-NC5 | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | CAUSE NO. 4:14CV486 |
| XREVETTE BURTON-DABNEY, ET AL. Defendants. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER REMANDING CASE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 31, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that this case be remanded to the Justice of the Peace Court, Precinct 1, Collin County for further proceedings.

The court has made a *de novo* review of the objections raised by Defendant (*see* Dkt. 5), as well as Plaintiff's response (*see* Dkt. 9), and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

1

Therefore, this case is hereby REMANDED to the Justice of the Peace Court, Precinct 1, Collin County for further proceedings.

**IT IS SO ORDERED.**

**SIGNED this the 24th day of June, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE